IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARROLL KRAUSS,

               Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

               Defendant.

No. CV 06-1065-PK

JUDGMENT

**MOSMAN, J.,**

Based on the Opinion and Order of the court filed March 4, 2008 (#35) adopting the

Magistrate Judge's Findings and Recommendations (#29),

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is

AFFIRMED, and this case is DISMISSED.

DATED this _6th_ day of March, 2008.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

PAGE 1 - JUDGMENT